### JENKINS *v.* JONES *et al.*

LUMPKIN, J. The evidence made out a prima facie case, and the grant of a nonsuit was error.

*Judgment reversed. All the Justices concur.*

Submitted May 25,—Decided August 8, 1907.

Equitable petition. Before Judge Spence. Mitchell superior court. April term, 1906.

The object of the petition was to cancel, as a forgery and as a cloud upon the title to an alleged reversionary interest, a deed conveying forty acres of land in fee simple, purporting to have been made in 1893 by the plaintiff Jenkins to the defendant Jones, and recorded nearly nine years thereafter. The plaintiff alleged and testified that he made to Jones a conveyance of only a life-estate in the land in 1896, and denied that he ever made or signed the deed first mentioned. He excepted to the grant of a nonsuit.

*R. J. Bacon Jr.,* for plaintiff.